No. 58325.—J. L. Galef & Son, Inc., and R. F. Downing & Co., Inc. v. United States, protests 180368-K and 197817-K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of pedometers similar in all material respects to those the subject of *Alfred Hornung* v. *United States* (31 Cust. Ct. 126, C. D. 1558), the claim of the plaintiffs was sustained.

No. 58326.—American Express Company and International Expediters, Inc. v. United States, protests 155879-K/2489 and 145163-K/2006 (Chicago).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as the toilet paper in rolls the subject of *Douglas Paper Co.* v. *United States* (30 Cust. Ct. 87, C. D. 1501), the claim of the plaintiffs was sustained.

BEFORE THE THIRD DIVISION, AUGUST 12, 1954

No. 58327.—The Fan Co. and National Carloading Corp. v. United States, protests 136423-K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the articles in question consist of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.